UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

***Electronically Filed***

| | | |
|---|---|---|
| J.W. COLLINS | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-cv-93-M |
| | ) | |
| DAVOL INC., and C.R. BARD, INC. | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Davol Inc. and C.R. Bard, Inc., by and through its undersigned counsel, makes the following disclosure:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Respectfully submitted,

s/Lisa C. DeJaco
Deborah H. Patterson
Lisa C. DeJaco
WYATT, TARRANT & COMBS, LLP
2800 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
502.589.5235
502.589.5235 – fax

Kirby T. Griffs
Michael L. Junk
pending admission *pro hac vice*
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
202.898.5800
202.682.1639 - fax
***Counsel for Davol Inc. and C.R. Bard, Inc.***

## CERTIFICATE OF SERVICE

On July 30, 2007, I electronically filed this document through the ECF system which will send a notice of electronic filing to:

Lee Coleman, Esq.
Hughes and Coleman
1256 Campbell Lane
Suite 201
Bowling Green, Kentucky 42104

Jon C. Conlin
Ernest Cory
Craig P. Niedenthal
Stephen R. Hunt, Jr.
Cory Watson Crowder & Degaris
2131 Magnolia Ave.
Birmingham, AL 35209

s/Lisa C. DeJaco
Lisa C. DeJaco
***Attorney for Davol Inc. and C. R. Bard, Inc.***
WYATT, TARRANT & COMBS, LLP
2800 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
ldejaco@wyattfirm.com

20286515.1
7/30/2007 2:10 PM