CASREF, CLOSED, STAYED, TRANSF

**U.S. District Court**
**Western District of Kentucky (Bowling Green)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00093-JHM-ERG**
**Internal Use Only**

Collins v. Davol, Inc. et al
Assigned to: Judge Joseph H. McKinley, Jr
Referred to: Magistrate Judge E. Robert Goebel
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/21/2007
Date Terminated: 08/20/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**J. W. Collins**

represented by **Craig P. Niedenthal**
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200
Fax: 205-324-7896
Email: cniedenthal@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Cory**
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee L. Coleman**

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 8-21-07
BY: Umbenkowitz
Deputy Clerk

Hughes & Coleman
P.O. Box 10120
Bowling Green, KY 42102
270-782-6003
Fax: 270-782-8820
Email:
lcoleman@hughesandcoleman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Deborah H. Patterson**
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202
502-562-7364
Fax: 502-589-0309
Email: dpatterson@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, N.W.

Ninth Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Catherine DeJaco**
Wyatt, Tarrant & Combs LLP
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202
502-589-5235
Fax: 502-589-0309
Email: ldejaco@wyattfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **Deborah H. Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Catherine DeJaco**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2007 | 1 | COMPLAINT against Davol, Inc. and C. R. Bard, Inc. filed by J. W. Collins. Filing fee $ 350, receipt number 540466. (Attachments: # 1 Cover Sheet)(LMW) (Entered: 05/22/2007) |
| 05/22/2007 | 2 | Case Assignment (Random Selection): Case Assigned to Joseph H. McKinley, Jr., U. S. District Judge. (LMW) (Entered: 05/22/2007) |

| | | |
|---|---|---|
| 05/22/2007 | 3 | ORDER by Judge Joseph H. McKinley Jr. (EBOC) on 5/22/2007; Referring Case to Magistrate Judge E. Robert Goebelcc:Counsel, Case Manager & Secretary to USMJ(LMW) (Entered: 05/22/2007) |
| 05/22/2007 | | Summons Issued as to Davol, Inc. and C. R. Bard, Inc. for pickup in BG Clerk's Office. (LMW) (Entered: 05/22/2007) |
| 05/22/2007 | 4 | Request for Fee Refund by J. W. Collins. (Coleman, Lee) (Entered: 05/22/2007) |
| 05/23/2007 | 5 | ATTORNEY NOTICE of Deficiency as to Craig Niedenthal re 1 Complaint (no motion to appear pro hac vice filed): failure to comply will be brought to the attention of the Court. Response due by 6/5/2007. (MLG) (Entered: 05/23/2007) |
| 05/23/2007 | 6 | ATTORNEY NOTICE of Deficiency as to Ernest Cory re 1 Complaint (no pro hac vice motion filed): failure to comply will be brought to the attention of the Court. Response due by 6/5/2007. (MLG) (Entered: 05/23/2007) |
| 05/23/2007 | 7 | ATTORNEY NOTICE of Deficiency as to Jon Conlin re 1 Complaint (no pro hac vice motion filed): failure to comply will be brought to the attention of the Court. Response due by 6/5/2007. (MLG) (Entered: 05/23/2007) |
| 05/29/2007 | 8 | MOTION for Stephen R. Hunt, Jr. to Appear Pro Hac Vice by J. W. Collins. Filing fee $ 65. Responses due by 6/18/2007 (Attachments: # 1 Attorney's Certification # 2 Proposed Order)(LMW) (Entered: 05/29/2007) |
| 05/29/2007 | | Response to 7 Notice of Deficiency, 5 Notice of Deficiency, 6 Notice of Deficiency by J. W. Collins. (LMW) (Entered: 05/29/2007) |
| 05/29/2007 | 9 | MOTION for Craig P. Niedenthal to Appear Pro Hac Vice by J. W. Collins. Filing fee $ 65. Responses due by 6/18/2007 (Attachments: # 1 Attorney's Certification # 2 Proposed Order)(LMW) (Entered: 05/29/2007) |
| 05/29/2007 | 10 | MOTION for Ernest Cory to Appear Pro Hac Vice by J. W. Collins. Filing fee $ 65. Responses due by 6/18/2007 (Attachments: # 1 Attorney's Certification # 2 Proposed Order)(LMW) (Entered: 05/29/2007) |
| 05/29/2007 | 11 | MOTION for Jon C. Conlin to Appear Pro Hac Vice by J. W. Collins. Filing fee $ 65. Responses due by 6/18/2007 (Attachments: # 1 Attorney's Certification # 2 Proposed Order)(LMW) (Entered: 05/29/2007) |
| 05/29/2007 | 12 | Copy of Letter from C.T. Corporation System to Attorney Lee Coleman pertaining to service of process on Davol, Inc. and C. R. Bard, Inc. (PHB) (Entered: 05/29/2007) |
| 05/30/2007 | | (Court only) ***Motions Submitted to ERG: 11 MOTION for Jon C. Conlin to Appear Pro Hac Vice Filing fee $ 65., 10 MOTION for Ernest Cory to Appear Pro Hac Vice Filing fee $ 65., 8 MOTION for Stephen R. |

| | | |
|---|---|---|
| | | Hunt, Jr. to Appear Pro Hac Vice Filing fee $ 65., 9 MOTION for Craig P. Niedenthal to Appear Pro Hac Vice Filing fee $ 65. (KL) (Entered: 05/30/2007) |
| 05/31/2007 | 13 | ORDER by Magistrate Judge E. Robert Goebel on 5/31/2007; granting 11 Motion to Appear Pro Hac Vice as to Jon C. Conlin. cc:Counsel(PHB) (Entered: 05/31/2007) |
| 05/31/2007 | 14 | ORDER by Magistrate Judge E. Robert Goebel on 5/31/2007; granting 10 Motion to Appear Pro Hac Vice as to Ernest Cory. cc:Counsel(PHB) (Entered: 05/31/2007) |
| 05/31/2007 | 15 | ORDER by Magistrate Judge E. Robert Goebel on 5/31/2007; granting 8 Motion to Appear Pro Hac Vice as to Stephen R. Hunt, Jr. cc:Counsel(PHB) (Entered: 05/31/2007) |
| 05/31/2007 | 16 | ORDER by Magistrate Judge E. Robert Goebel on 5/31/2007; granting 9 Motion to Appear Pro Hac Vice as to Craig P. Niedenthal. cc:Counsel(PHB) (Entered: 05/31/2007) |
| 06/01/2007 | 17 | SUMMONS Returned Executed by J. W. Collins as to Davol, Inc. and C. R. Bard, Inc. served on 5/23/2007 thru CT Corporation System, answers due 6/12/2007. (PHB) (Entered: 06/01/2007) |
| 06/04/2007 | 18 | Copy of NOTICE of Tag-Along Action to the Judicial Panel on Multidistrict Litigation re 1 Complaint. (Attachments: # 1 Exhibit A - Revised Schedule of Actions# 2 Proof of Service)(CDF) (Entered: 06/05/2007) |
| 06/07/2007 | | NOTICE of Fee Refund re 4 Request for Fee Refund. E-mail confirmation sent to Lee L. Collins re: duplicate filing. (Entered: 06/07/2007) |
| 06/11/2007 | 19 | Copy of Seventh NOTICE of Tag-Along Action to the Judicial Panel on Multidistrict Litigation re 18 Sixth Notice and 1 Complaint. (Attachments: # 1 Exhibit A - Revised Schedule of Actions# 2 Proof of Service)(CDF) (Entered: 06/11/2007) |
| 06/12/2007 | 20 | WAIVER OF SERVICE Returned Executed by J. W. Collins. (Niedenthal, Craig) (Entered: 06/12/2007) |
| 06/25/2007 | 21 | Copy of Eighth Notice Tag-Along Action to the Judicial Panel on Multidistrict Litigation re 19 Seventh Notice (Attachments: # 1 Exhibit A# 2 Proof of Service)(KJS) (Entered: 06/25/2007) |
| 07/30/2007 | 22 | ANSWER to Complaint with jury demand by Davol, Inc., C. R. Bard, Inc..(DeJaco, Lisa) (Entered: 07/30/2007) |
| 07/30/2007 | 23 | CORPORATE DISCLOSURE STATEMENT by Davol, Inc., C. R. Bard, Inc.. (DeJaco, Lisa) (Entered: 07/30/2007) |
| 07/30/2007 | 24 | MOTION for Kirby T. Griffis to Appear Pro Hac Vice Filing fee $ 65, receipt number 573250.by Davol, Inc., C. R. Bard, Inc.. Responses due by 8/17/2007 (Attachments: # 1 Affidavit of Counsel, Kirby t. Griffis# 2 |

| | | |
|---|---|---|
| | | Proposed Order)(DeJaco, Lisa) (Entered: 07/30/2007) |
| 07/30/2007 | 25 | MOTION for Michael L. Junk to Appear Pro Hac Vice Filing fee $ 65, receipt number 573257.by Davol, Inc., C. R. Bard, Inc.. Responses due by 8/17/2007 (Attachments: # 1 Affidavit of Counsel, Michael Junk# 2 Proposed Order)(DeJaco, Lisa) (Entered: 07/30/2007) |
| 07/30/2007 | | (Court only) ***Motions Submitted to ERG: 24 MOTION for Kirby T. Griffis to Appear Pro Hac Vice Filing fee $ 65, receipt number 573250., 25 MOTION for Michael L. Junk to Appear Pro Hac Vice Filing fee $ 65, receipt number 573257. (KL) (Entered: 07/30/2007) |
| 07/30/2007 | | (Court only) ***Attorney Deborah H. Patterson for Davol, Inc. and C. R. Bard, Inc. added. (CDF) (Entered: 07/30/2007) |
| 07/30/2007 | 26 | ORDER ADMITTING COUNSEL PRO HAC VICE by Magistrate Judge E. Robert Goebel on 7/30/2007; granting 24 Motion to Appear Pro Hac Vice as to Kirby T. Griffis, Esq. cc: Counsel, Secretary to ERG(CDF) (Entered: 07/30/2007) |
| 07/30/2007 | 27 | ORDER ADMITTING COUNSEL PRO HAC VICE by Magistrate Judge E. Robert Goebel on 7/30/2007; granting 25 Motion to Appear Pro Hac Vice as to Michael L. Junk, Esq. cc: Counsel, Secretary to ERG(CDF) (Entered: 07/30/2007) |
| 08/03/2007 | 28 | ORDER by Magistrate Judge E. Robert Goebel on 8/2/2007 Staying Case pending a decision by the Judicial Panel on Multidistrict Litigation regarding transfer.cc: Counsel(CDF) (Entered: 08/03/2007) |
| 08/08/2007 | 29 | NOTICE from MDL to USDC, District of Rhode Island, of Conditional Transfer Order. (Attachments: # 1 Schedule of Tag-Along Actions, Counsel List, Judges List, Clerks List)(CDF) (Entered: 08/09/2007) |
| 08/16/2007 | 30 | NOTICE of Transfer from USDC DRI MDL Court. (Berkowitz, Natalee) (Entered: 08/20/2007) |
| 08/20/2007 | | (Court only) ***Civil Case STATISTICALLY Terminated., ***Set/Clear Flags (Berkowitz, Natalee) (Entered: 08/20/2007) |
| 08/20/2007 | 31 | NOTICE from USDC WDKY re 30 Notice of Transfer. cc: Counsel, USDC DRI (Berkowitz, Natalee) (Entered: 08/20/2007) |