UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO: <u>COLLINS v. DAVOL, Inc.</u> *et al*: 1:07-cv-01858-ML-LDA (*transferred from Western District of Kentucky: 1:07-cv-00093-M*)** | § § § | **JUDGE LISI** |

**<u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

NOW COMES the Plaintiff, J.W. Collins, by and through his undersigned attorneys and moves that he be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiff, J.W. COLLINS
By his Attorneys,

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Lee Coleman, Esq.
HUGHES AND COLEMAN
1256 Campbell Lane, Suite 201
Bowling Green, Kentucky 42104
270-782-6000

Dated: December 28, 2007

**CERTIFICATION**

I HEREBY CERTIFY THAT ON THIS THE 28TH DAY OF December, 2007, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Lee Coleman, Esq.
HUGHES AND COLEMAN
1256 Campbell Lane, Suite 201
Bowling Green, Kentucky 42104
270-782-6000